**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**Jan 08, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHASE INVESTMENT SERVICES CORP.
FINANCIAL ADVISOR OVERTIME PAY LITIGATION                 MDL No. 2018

### ORDER DEEMING MOTION WITHDRAWN
### AND VACATING THE JANUARY 29, 2009, HEARING SESSION

 Before the Panel is a motion by defendants Chase Investment Services Corp. and JPMorgan Chase & Co., filed pursuant to 28 U.S.C. § 1407.  In their motion, defendants seek centralization of the actions listed on the attached Schedule A in the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings.  Movants now seek to withdraw their Section 1407 motion.  All responding parties agree to the withdrawal.

 IT IS THEREFORE ORDERED that defendants' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

 IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 18, 2008, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CHASE INVESTMENT SERVICES CORP.**
**FINANCIAL ADVISOR OVERTIME PAY LITIGATION**          MDL No. 2018

## SCHEDULE A

      <u>Northern District of Illinois</u>

Amiri Curry v. J.P. Morgan Chase & Co., et al., C.A. No. 1:07-6149

      <u>District of New Jersey</u>

David Bachrach v. Chase Investment Services Corp., C.A. No. 2:06-2785

      <u>Southern District of New York</u>

Gary Simel v. J.P. Morgan Chase, et al., C.A. No. 1:05-9750
Alan B. Krichman, et al. v. J.P. Morgan Chase & Co., et al., C.A. No. 1:06-15305